UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 2:20-CR-0897 |
| | § | |
| KATRINA KELLY | § | |

## DOCUMENTS FOR COURT REVIEW IN CONSIDERATION OF BOND

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, Defendant, **KATRINA KELLY,** who files these Documents for Court Review in Consideration of Bond as follows:

A. Docket Report from Cause No. 1:20-cr-00157, *United States v. Katrina Kelly*, in the Western District of Texas, Austin Division; and

B. Pretrial Conditions from Cause No. 1:20-cr-00157, *United States v. Katrina Kelly*, in the Western District of Texas, Austin Division

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this Court and all counsel of record take notice of these documents.

Respectfully submitted,

By:/s/ David Klein
David Klein
STATE BAR NO.: 24007497
FEDERAL NO. 26860
PO Box 2446
Corpus Christi, Texas 78403
Phone: (361)815-0053
Fax: (361)998-9743

kleinlaw@att.net
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was served via ECF on this the 27th day of July, 2020 to the following:

United States Attorney
Reed Manning
800 N. Shoreline, Ste. 500
Corpus Christi, Texas, 78401

                                              /s/David Klein
                                              David Klein

EXHIBIT "A'

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00157-RP All Defendants

Case title: USA v. Kelly et al
Magistrate judge case numbers: 1:20-mj-00367-ML
                                           1:20-mj-00368-ML

Date Filed: 07/07/2020

Assigned to: Judge Robert Pitman

**Defendant (1)**

**Paul G. Kelly**      represented by    **Duty Pub. Defender-Austin**
Office of the Federal Public Defender
Austin Division
500 Lavaca St., Suite 960
Austin, TX 78701
(512) 916-5025
Fax: (512) 916-5035
Email: norma_g_medrano@fd.org
*TERMINATED: 05/18/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Charlotte Anne Herring**
Federal Public Defender
504 Lavaca Street Suite 960
Austin, TX 78701
512-916-5025
Email: Charly_Herring@fd.org
*TERMINATED: 05/27/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Hans Viktor Olavson**
1107 Nueces
Austin, TX 78701
(512) 472-8392
Fax: 512/473-8417
Email: viktorolavson@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Horatio R. Aldredge**
Federal Public Defenders' Office
Lavaca Plaza

504 Lavaca St., Ste 960
Austin, TX 78701
(512)916-5025
Fax: 512/916-5035
Email: Horatio_Aldredge@fd.org
*TERMINATED: 05/27/2020*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2119.F & 2 MOTOR VEHICLE THEFT - CARJACKING and AIDING AND ABETTING<br>(1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN<br>(2) | |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2119.F - MOTOR VEHICLE THEFT - CARJACKING | |

Assigned to: Judge Robert Pitman

**Defendant (2)**
**Katrina Kelly**      represented by **Daniel H. Wannamaker**
Attorney at Law
P.O. Box 2271
Austin, TX 78768
(512) 236-9929
Fax: (512) 233-5979
Email: dhw@wannamakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

18:2119.F & 2 MOTOR VEHICLE THEFT - CARJACKING and AIDING AND ABETTING
(1)

## Disposition

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

18:2119.F - MOTOR VEHICLE THEFT - CARJACKING

## Disposition

## Plaintiff

USA      represented by   **Douglas W. Gardner**
United States Attorney's Office
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: douglas.gardner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2020 | 1 | SEALED MOTION to Seal Complaint and Arrest Warrant filed (afd) [1:20-mj-00367-ML] (Entered: 04/20/2020) |
| 04/20/2020 | 2 | Sealed Order. Signed by Judge Mark Lane. (afd) [1:20-mj-00367-ML] (Entered: 04/20/2020) |
| 04/20/2020 | 3 | SEALED COMPLAINT Signed by Judge Mark Lane as to Katrina Kelly (1). (afd) [1:20-mj-00367-ML] (Entered: 04/20/2020) |
| 04/20/2020 | 4 | Arrest Warrant Issued by Judge Mark Lane as to Katrina Kelly. (afd) [1:20-mj-00367-ML] (Entered: 04/20/2020) |
| 04/20/2020 | 1 | SEALED MOTION to Seal Complaint and Arrest Warrant filed (afd) [1:20-mj-00368-ML] (Entered: 04/20/2020) |
| 04/20/2020 | 2 | Sealed Order. Signed by Judge Mark Lane. (afd) [1:20-mj-00368-ML] (Entered: |

| | | |
|---|---|---|
| | | 04/20/2020) |
| 04/20/2020 | 3 | SEALED COMPLAINT Signed by Judge Mark Lane as to Paul G. Kelly (1). (afd) [1:20-mj-00368-ML] (Entered: 04/20/2020) |
| 04/20/2020 | 4 | Arrest Warrant Issued by Judge Mark Lane as to Paul G. Kelly. (afd) [1:20-mj-00368-ML] (Entered: 04/20/2020) |
| 04/21/2020 | 5 | MOTION to Detain Defendant without Bond by USA as to Katrina Kelly. (vs) [1:20-mj-00367-ML] (Entered: 04/21/2020) |
| 04/21/2020 | | Arrest of Katrina Kelly. (afd) [1:20-mj-00367-ML] (Entered: 04/24/2020) |
| 04/21/2020 | 5 | MOTION to Detain Defendant without Bond by USA as to Paul G. Kelly. (vs) [1:20-mj-00368-ML] (Entered: 04/21/2020) |
| 04/21/2020 | | Arrest of Paul G. Kelly (afd) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 6 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance by Video as to Katrina Kelly held on 4/24/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (afd) [1:20-mj-00367-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 7 | Order Regarding Financial Status as to Katrina Kelly. Signed by Judge Mark Lane. (afd) [1:20-mj-00367-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 8 | ORDER OF TEMPORARY DETENTION: as to Katrina Kelly Detention Hearing and Preliminary Hearing set for 4/28/2020 09:00 AM before Judge Mark Lane. Signed by Judge Mark Lane. (afd) [1:20-mj-00367-ML] (Entered: 04/24/2020) |
| 04/24/2020 | | CASE UNSEALED as to Katrina Kelly (vs) [1:20-mj-00367-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 9 | Arrest Warrant Returned Executed on 4/21/2020 as to Katrina Kelly. (vs) [1:20-mj-00367-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 6 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance by Video as to Paul G. Kelly held on 4/24/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (afd) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 7 | Order Regarding Financial Status as to Paul G. Kelly. Signed by Judge Mark Lane. (afd) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 8 | ORDER OF TEMPORARY DETENTION: as to Paul G. Kelly Detention Hearing and Preliminary Hearing set for 4/28/2020 09:00 AM before Judge Mark Lane. Signed by Judge Mark Lane. (afd) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 9 | CJA 23 Financial Affidavit by Paul G. Kelly (SEALED pursuant to E-Government Act of 2002). (afd) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/24/2020 | | CASE UNSEALED as to Paul G. Kelly (vs) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/24/2020 | 10 | Arrest Warrant Returned Executed on 4/21/2020 as to Paul G. Kelly. (vs) [1:20-mj-00368-ML] (Entered: 04/24/2020) |
| 04/27/2020 | 10 | MOTION for Extension of Time to File *Information or Indictment* by USA as to Katrina Kelly. (Gardner, Douglas) [1:20-mj-00367-ML] (Entered: 04/27/2020) |
| 04/27/2020 | 11 | MOTION for Extension of Time to File *Information or Indictment* by USA as to Paul G. Kelly. (Gardner, Douglas) [1:20-mj-00368-ML] (Entered: 04/27/2020) |
| 04/28/2020 | 11 | Minute Entry for proceedings held before Judge Mark Lane:Miscellaneous Attorney Status |

| | | |
|---|---|---|
| | | Hearing as to Katrina Kelly held on 4/28/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) [1:20-mj-00367-ML] (Entered: 04/28/2020) |
| 04/28/2020 | 12 | ORDER as to Katrina Kelly, ( Detention Hearing and Preliminary Hearing RESET for 5/5/2020 10:00 AM before Judge Mark Lane). Signed by Judge Mark Lane. (vs) [1:20-mj-00367-ML] (Entered: 04/28/2020) |
| 04/28/2020 | 12 | Minute Entry for proceedings held before Judge Mark Lane:Miscellaneous Attorney Status Hearing as to Paul G. Kelly held on 4/28/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) [1:20-mj-00368-ML] (Entered: 04/28/2020) |
| 04/28/2020 | 13 | ORDER as to Paul G. Kelly, ( Detention Hearing and Preliminary Hearing RESET for 5/5/2020 10:00 AM before Judge Mark Lane). Signed by Judge Mark Lane. (vs) [1:20-mj-00368-ML] (Entered: 04/28/2020) |
| 05/04/2020 | 13 | NOTICE OF ATTORNEY APPEARANCE: Daniel H. Wannamaker appearing for Katrina Kelly . Attorney Daniel H. Wannamaker added to party Katrina Kelly(pty:dft) (Wannamaker, Daniel) [1:20-mj-00367-ML] (Entered: 05/04/2020) |
| 05/05/2020 | 14 | WAIVER of Preliminary Hearing by Katrina Kelly (jf) [1:20-mj-00367-ML] (Entered: 05/05/2020) |
| 05/05/2020 | 15 | ORDER GRANTING 10 Motion for Extension of Time to File as to Katrina Kelly (1). Signed by Judge Mark Lane. (afd) [1:20-mj-00367-ML] (Entered: 05/05/2020) |
| 05/05/2020 | 16 | Minute Entry for proceedings held before Judge Mark Lane:Detention Hearing as to Katrina Kelly held on 5/5/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) [1:20-mj-00367-ML] (Entered: 05/05/2020) |
| 05/05/2020 | 17 | ORDER Setting Conditions of Release as to Katrina Kelly (1) 4/24/2020. Motions terminated: 5 MOTION to Detain Defendant without Bond filed by USA.. Signed by Judge Mark Lane. (afd) [1:20-mj-00367-ML] (Entered: 05/05/2020) |
| 05/05/2020 | | AUSA Douglas W. Gardner ORALLY WITHDRAWS 5 MOTION to Detain Defendant without Bond as to Katrina Kelly. Court ORALLY GRANTS. (jf) [1:20-mj-00367-ML] (Entered: 05/05/2020) |
| 05/05/2020 | 14 | ORDER GRANTING 11 Motion for Extension of Time to File as to Paul G. Kelly (1). Signed by Judge Mark Lane. (afd) [1:20-mj-00368-ML] (Entered: 05/05/2020) |
| 05/05/2020 | 15 | Minute Entry for proceedings held before Judge Mark Lane:Miscellaneous Hearing as to Paul G. Kelly held on 5/5/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) [1:20-mj-00368-ML] (Entered: 05/05/2020) |
| 05/05/2020 | 16 | ORDER TO CONTINUE as to Paul G. Kelly. Signed by Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/05/2020) |
| 05/05/2020 | | Reset Hearings as to Paul G. Kelly: Preliminary / Detention Hearing RESET for 5/18/2020 at 9:00 AM before Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/05/2020) |
| 05/08/2020 | 18 | Arrest Warrant Returned Executed on 4/21/2020 as to Katrina Kelly. (jf) [1:20-mj-00367-ML] (Entered: 05/08/2020) |
| 05/08/2020 | 17 | Arrest Warrant Returned Executed on 4/21/2020 as to Paul G. Kelly. (jf) [1:20-mj-00368-ML] (Entered: 05/08/2020) |
| 05/18/2020 | 18 | Minute Entry for proceedings held before Judge Mark Lane:Attorney Appointment Hearing as to Paul G. Kelly held on 5/18/2020 (Minute entry documents are not available |

| | | |
|---|---|---|
| | | electronically.) (Court Reporter FTR Gold - ERO.) (afd) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | 19 | Minute Entry for proceedings held before Judge Mark Lane:Miscellaneous (Attorney Status) Hearing as to Paul G. Kelly held on 5/18/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | 20 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Paul G. Kelly Duty Pub. Defender-Austin for Paul G. Kelly appointed. Signed by Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | 21 | Order Regarding Financial Status as to Paul G. Kelly. Signed by Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | 22 | ORDER OF TEMPORARY DETENTION as to Paul G. Kelly: Preliminary / Detention Hearing RESET for 5/26/2020 at 9:00 AM before Judge Mark Lane. Signed by Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | 23 | NOTICE OF ATTORNEY APPEARANCE: Charlotte Anne Herring appearing for Paul G. Kelly . Attorney Charlotte Anne Herring added to party Paul G. Kelly(pty:dft) (Herring, Charlotte) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | 24 | NOTICE OF ATTORNEY APPEARANCE: Horatio R. Aldredge appearing for Paul G. Kelly . Attorney Horatio R. Aldredge added to party Paul G. Kelly(pty:dft) (Aldredge, Horatio) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/18/2020 | | Attorney Duty Pub. Defender-Austin terminated as to Paul G. Kelly. (jf) [1:20-mj-00368-ML] (Entered: 05/18/2020) |
| 05/22/2020 | 25 | ORDER Resetting Preliminary/Detention Hearing as to Paul G. Kelly ( Detention and Preliminary Hearing set for 5/27/2020 09:30 AM before Judge Mark Lane,). Signed by Judge Mark Lane. (afd) [1:20-mj-00368-ML] (Entered: 05/22/2020) |
| 05/27/2020 | 26 | Unopposed MOTION to Substitute Attorney by Paul G. Kelly. (Olavson, Hans) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 05/27/2020 | 27 | ORDER GRANTING 26 Motion to Substitute Attorney as to Paul G. Kelly (1). Signed by Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 05/27/2020 | | Attorney Horatio R. Aldredge and Charlotte Anne Herring terminated as to Paul G. Kelly. (jf) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 05/27/2020 | 28 | WITNESS LIST by USA as to Paul G. Kelly (jf) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 05/27/2020 | 29 | Minute Entry for proceedings held before Judge Mark Lane:Preliminary / Detention Hearing as to Paul G. Kelly held on 5/27/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 05/27/2020 | 30 | ORDER GRANTING 5 Motion to Detain Defendant without Bond. as to Paul G. Kelly (1). Signed by Judge Mark Lane. (jf) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 05/27/2020 | 31 | EXHIBIT LIST by Paul G. Kelly (Attachments: # 1 Exhibit)(afd) [1:20-mj-00368-ML] (Entered: 05/27/2020) |
| 07/07/2020 | 32 | INDICTMENT (Redacted Version) with Notice of Forfeiture included as to Paul G. Kelly & Katrina Kelly. Unredacted document sealed pursuant to E-Government Act of 2002 as |

| | | |
|---|---|---|
| | | to Paul G. Kelly (1) count(s) 1, 2, 3, Katrina Kelly (2) count(s) 1. (Attachments: # 1 Redacted Personal Data Sheet) (td) (Entered: 07/08/2020) |
| 07/09/2020 | 34 | ORDER Setting Arraignment by Video as to Paul G. Kelly Arraignment set for 7/16/2020 03:00 PM before Judge Susan Hightower. Signed by Judge Susan Hightower. (td) (Entered: 07/09/2020) |
| 07/09/2020 | 35 | ORDER Setting Arraignment by Video as to Katrina Kelly Arraignment set for 7/16/2020 03:00 PM before Judge Susan Hightower. Signed by Judge Susan Hightower. (td) (Entered: 07/09/2020) |
| 07/15/2020 | 36 | Waiver of personal appearance at Arraignment, plea of not guilty by Paul G. Kelly (Olavson, Hans) (Entered: 07/15/2020) |
| 07/15/2020 | 37 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Paul G. Kelly. Signed by Judge Susan Hightower. (td) (Entered: 07/15/2020) |
| 07/15/2020 | 38 | Waiver of personal appearance at Arraignment, plea of not guilty by Katrina Kelly (Wannamaker, Daniel) (Entered: 07/15/2020) |
| 07/15/2020 | 39 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Katrina Kelly. Signed by Judge Susan Hightower. (td) (Entered: 07/15/2020) |
| 07/15/2020 | 40 | SCHEDULING ORDER as to Paul G. Kelly, Katrina Kelly, Docket Call set for 9/3/2020 09:00 AM before Judge Robert Pitman, Jury Selection and Trial set for 9/14/2020 09:00 AM before Judge Robert Pitman, Plea Agreement due by 8/31/2020. Signed by Judge Robert Pitman. (td) (Entered: 07/16/2020) |
| 07/27/2020 | 41 | MOTION to Sever Defendant by Paul G. Kelly. (Olavson, Hans) (Entered: 07/27/2020) |
| 07/27/2020 | 42 | MOTION *to Sever Count Three* by Paul G. Kelly. (Olavson, Hans) (Entered: 07/27/2020) |
| 07/27/2020 | 43 | BOND VIOLATION REPORT - NO ACTION as to Katrina Kelly. Signed by Judge Mark Lane. (td) (Entered: 07/27/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/27/2020 17:08:10 | | | |
| **PACER Login:** | djklein12:5911261:0 | **Client Code:** | kelly |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cr-00157-RP |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |
| **Exempt flag:** | Not Exempt | **Exempt reason:** | Not Exempt |

**PACER fee: Not Exempt** Change

EXHIBIT "B"

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
MAY 5 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America )
v. )
)                              Case No.    A 1:20MJ00367-001
Katrina Kelly )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____U.S. COURTHOUSE, 501 West 5TH Street, Austin, Texas 78701_____
*Place*

on _____**When notified**_____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11) Additional Conditions of Release                                                                                                                        Page   2   of   3   Pages

## ADDITIONAL CONDITIONS OF RELEASE

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                        Signed: _____  _____
                                           Custodian                        Date

(X) (7) The defendant must:
    (X) (a) submit to supervision by and report for supervision to the **U.S. PRETRIAL SERVICES OFFICE**,
        telephone number _____, no later than _____.
    (X) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    (X) (d) surrender any passport to: **PRETRIAL SERVICES**
    (X) (e) not obtain a passport or other international travel document.
    (X) (f) abide by the following restrictions on personal association, residence, or travel: **NO TRAVEL OUTSIDE NUECES COUNTY AND FIVE SURROUNDING COUNTIES WITHOUT PERMISSION FROM U.S. PRETRIAL SERVICES. MAY TRAVEL TO WD/TX FOR COURT PURPOSES AND TO MEET WITH ATTORNEY.**
    (x) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: ex-husband/co-defendant, Paul Kelly
    (X) (h) get medical or psychiatric treatment: as directed by Pretrial Services.
    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (X) (k) not possess a firearm, destructive device, or other weapon.
    (X) (l) not use alcohol ( X ) at all ( ) excessively.
    (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    (X) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    (X) (s) Participate in outpatient substance abuse treatment as directed by Pretrial Services.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Corpus Christi, TX
_____
*City and State*

### Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  05/05/2020

_____
*Judicial Officer's Signature*

Mark L___, U.S. Magistrate Judge
*Printed name and title*